UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:12-CR-168-4F

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| REY DAVID CORREA RODRIGUEZ, | ) | |
| Defendant. | ) | |

This matter is before the court on the Motion to Approve Additional Fees for Spanish Language/Interpreting Services [DE-60] filed by Defendant Rey David Correa Rodriguez. Title 18 of the United States Code, Section 3006A(e)(2)(A) allows for investigative, expert, and other services without prior authorization, but the total cost of the services obtained may not exceed $800.00. However, the court may, "in the interest of justice, and upon the finding that timely procurement of necessary services could not await prior authorization, approve payment for such services...even if the cost of such services exceeds $800.00." 18 U.S.C. § 3006A(e)(2)(B). For GOOD CAUSE SHOWN, the court hereby certifies and authorizes Defendant's request for funds up to $2,400.00, exclusive of reasonable expenses, for the services of a Spanish language translator.

SO ORDERED.

This the 10th day of July, 2012.

JAMES C. FOX
Senior United States District Judge